*I, PAM ESTES, Clerk* *of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that Tonya Allen DDS, P.A., Plaintiff in the trial court secured an extension of three (3) days in which to file Appellant's Brief in the following numbered and entitled cause:*

**Tonya Allen DDS, P.A.**

**No. 12-15-00029-CV**          *vs.*

**Smith County Appraisal District**

*This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.*

*WITNESS MY HAND and seal of said Court at Tyler, Texas, this 13th day of November 2015, A.D.*

Respectfully yours,

PAM ESTES, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk